An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| CHRISTIAN A. SORIANO, AN INDIVIDUAL,<br>Appellant,<br>vs.<br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, AN ILLINOIS CORPORATION; AND MATTHEW KEIM, AN INDIVIDUAL,<br>Respondents. | No. 61824<br><br>**FILED**<br><br>JUN 28 2013<br><br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY _____<br>DEPUTY CLERK |

### ORDER DISMISSING APPEAL

On June 7, 2013, the parties filed a joint motion to dismiss this appeal. Having considered the motion, we grant it, and hereby dismiss this appeal. The parties shall bear their own costs and attorney fees. NRAP 42(b).[1]

It is so ORDERED.

_____, C.J.
Pickering

cc:  Hon. Abbi Silver, District Judge
     Janet Trost, Settlement Judge
     Law Offices of Steven J. Parsons
     Hall Jaffe & Clayton, LLP
     Eighth District Court Clerk

---

[1]In light of this order, we deny as moot the parties' May 31, 2013, motion to extend the briefing schedule.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-19089